■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN FIELDS, Appellant. [615 NYS2d 997] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hall, J.), rendered March 9, 1992, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the People failed to prove his identity as the perpetrator is unpreserved for appellate review (CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's identity as the perpetrator. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Rosenblatt, J. P., Lawrence, Copertino and Joy, JJ., concur.